```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

KRISTEN JACQUES, KARA JACQUES,
and THE ESTATE OF JOHN JACQUES,

    Plaintiffs,

v.                        Case No. 8:16-cv-1297-T-33TGW

SHERYL JACQUES,

    Defendant.
_____/

SHERYL JACQUES,

    Counterclaim Plaintiff,

v.

KRISTEN JACQUES, KARA JACQUES,
and THE ESTATE OF JOHN JACQUES,

    Counterclaim Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the Stipulation for Dismissal (Doc. # 96), which was filed on February 2, 2017. As stated in the Stipulation, the Clerk is directed issue a check disbursing 50% of all funds in the Registry of the Court in this case to Dandar Law Group, P.A., Trust Account, Post Office Box 10981, Tampa, Florida 33679-0981. The Clerk shall issue a second check disbursing the other 50% of the funds in the Registry of the Court in this case to Jami Jones PLLC, Trust Account, 43494 Woodward Ave., Suite 200, Bloomfield Hills, MI 48302. No funds shall be left

on deposit. The Court declines to retain jurisdiction to enforce the terms of the settlement as requested in the Stipulation.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd day of February, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE